1  Thornton Davidson (SBN 166487)
   Thornton Davidson & Associates
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9791
4
   Attorneys for Plaintiff
5  SUSAN O'HARTZ

6
   Horace W. Green (SBN 115699)
7  Joanne M. Ryan   (SBN 199193)
   GREEN & HUMBERT
8  220 Montgomery Street, Suite 438
   San Francisco, California  94104
9  Telephone:  (415) 837-5433
   Facsimile:   (415) 837-0127
10
   Attorneys for Defendant
11 CALIFORNIA STATE AUTOMOBILE
   ASSOCIATION INTER-INSURANCE
12 BUREAU GROUP LONG TERM
   DISABILITY PLAN
13

14

15

16               UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 | SUSAN O'HARTZ,                          ) Case No. C07-00415 MMC
                                             )
20 |         Plaintiff,                      ) **STIPULATION EXTENDING TIME FOR**
                                             ) **FILING OF RESPONSIVE PLEADING**;
21 |    vs.                                  )  ORDER THEREON
                                             ) [Local Rule 6-1(a)]
22 | CALIFORNIA STATE AUTOMOBILE             )
     ASSOCIATION INTER-INSURANCE             )
23 | BUREAU GROUP LONG-TERM                  )
     DISABILITY PLAN,                        )
24                                           )
             Defendant.                      )
25                                           )
   |_____)
26

27

28

Stipulation Extending Time for Filing of Responsive Pleading - Case No. C 07-00415 MMC

Plaintiff Susan O'Hartz ("Plaintiff") and Defendant California State Automobile Association Inter-Insurance Group Long Term Disability Plan ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant's answer or other response to the Complaint shall be filed no later than March 2, 2007.

This stipulation shall not alter the date of any event or deadline already fixed by Court order.

DATE: February 20, 2007            THORNTON DAVIDSON & ASSOCIATES

                                   By: /s/ Thornton Davidson
                                       THORNTON DAVIDSON

                                   Attorneys for Plaintiff
                                   SUSAN O'HARTZ

DATE: February 20, 2007            GREEN & HUMBERT

                                   By: /s/ Horace Green
                                       HORACE W. GREEN
                                       JOANNE M. RYAN

                                   Attorneys for Defendant
                                   CALIFORNIA STATE AUTOMOBILE
                                   ASSOCIATION INTER-INSURANCE
                                   BUREAU GROUP LONG-TERM
                                   DISABILITY PLAN

Dated: February 23, 2007



IT IS SO ORDERED
Judge Maxine M. Chesney