1 | THORNTON DAVIDSON, #166487
DAVIDSON & HAWKINS
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9791
e-mail:thorntondavidson@aol.com

Attorney for Plaintiff, SUSAN O'HARTZ

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN O'HARTZ, | Case No.: 07-cv-415 MMC |
| Plaintiff, | **PLAINTIFF'S AMENDED REQUEST TO APPEAR FOR INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |
| v. | |
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG TERM DISABILITY PLAN | Date:  May 4, 2007
Time:  10:30 a.m.
Crtrm: 7, 19th Floor |
| Defendant. | Judge: Honorable Maxine M. Chesney |

I, Thornton Davidson, counsel for plaintiff Susan O'Hartz, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone.  This request is made for the following reasons:

1. The initial Case Management Conference is scheduled for May 4, 2007 at 10:30 a.m. in Courtroom 7, before the Honorable Maxine M. Chesney.

2. Counsel for the parties have prepared and filed the Joint Case Management Statement.

3. This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

REQUEST TO APPEAR BY TELEPHONE AND [PROPOSED] ORDER
CASE NO.: 07-cv-0415 MMC

1

4. Defense Counsel does not object to my appearance by telephone.

Dated: April 27, 2007        /S/ Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
SUSAN O'HARTZ

### [~~PROPOSED~~] ORDER

All counsel shall ~~Plaintiff's counsel, Thornton Davidson, ma~~y participate in the initial Case Management Conference in this action by telephone.

Dated: April 30, 2007

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE