1  Thornton Davidson (SBN 166487)
   Thornton Davidson & Associates
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9791
4
   Attorneys for Plaintiff
5  SUSAN O'HARTZ

6
   C. Mark Humbert (SBN 111093)
7  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
8  220 Montgomery Street, Suite 438
   San Francisco, California  94104
9  Telephone:  (415) 837-5433
   Facsimile:    (415) 837-0127
10
   Attorneys for Defendant
11 CALIFORNIA STATE AUTOMOBILE
   ASSOCIATION INTER-INSURANCE
12 BUREAU GROUP LONG TERM
   DISABILITY PLAN
13

14

15

16              **UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

18

19 SUSAN O'HARTZ,                    )  Case No. C07-00415 MMC
                                     )
20         Plaintiff,                )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER CONTINUING HEARING ON**
21    vs.                            )  **MOTIONS FOR SUMMARY JUDGMENT**
                                     )
22 CALIFORNIA STATE AUTOMOBILE       )
   ASSOCIATION INTER-INSURANCE       )
23 BUREAU GROUP LONG-TERM            )
   DISABILITY PLAN,                  )
24                                   )
           Defendant.                )
25                                   )
   _____ )
26

27

28
              Stipulation and [Proposed] Order Continuing Hearing on Motions for Summary Judgment
                                      Case No. C 07-00415 MMC

1 **STIPULATION**

2 Whereas counsel for defendant herein has requested a one-week continuance of
3 the hearing on cross-motions for summary judgment, due to an important family
4 commitment of counsel (a visit to counsel's 97 year-old grandmother in the Midwest, with
5 counsel's children) which conflicts with the currently set hearing date of November 9, 2007;
6 and

7 Whereas counsel for plaintiff has no objection to such a continuance, and is willing
8 to stipulate thereto;

9 Therefore counsel for plaintiff and defendant jointly request that this Court continue
10 the hearing on cross-motions for summary judgment herein from November 9, 2007 at
11 9:00 A.M. to November 16, 2007 at 9:00 A.M.

13 DATE: October 3, 2007            THORNTON DAVIDSON & ASSOCIATES

15                                  By:  /s/ Thornton Davidson
                                         THORNTON DAVIDSON

                                         Attorneys for Plaintiff
17                                       SUSAN O'HARTZ

19 DATE: October 3, 2007            GREEN & HUMBERT

21                                  By:  /s/ C. Mark Humbert
                                         C. MARK HUMBERT

                                         Attorneys for Defendant
23                                       CALIFORNIA STATE AUTOMOBILE
                                         ASSOCIATION INTER-INSURANCE
24                                       BUREAU GROUP LONG-TERM
                                         DISABILITY PLAN

## **ORDER**

Upon stipulation and joint request of counsel herein, and for good cause shown above, the Court hereby orders that the hearing on cross-motions for summary judgment herein is continued from November 9, 2007 at 9:00 A.M. to November 16, 2007 at 9:00 A.M.

It is so ordered.

Dated: October 9, 2007

_____
Maxine M. Chesney
United States District Court Judge