IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN O'HARTZ,

    Plaintiff,

v.

CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG TERM DISABILITY PLAN,

    Defendant

                                             /

No. C-07-415 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court previously scheduled the above-titled action for a Case Management Conference to be held on January 18, 2008.

      Given the current status of the case, specifically the pendency of the parties' cross-motions for summary judgment, the January 18, 2008 Case Management Conference is hereby CONTINUED to April 18, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than April 11, 2008.

      **IT IS SO ORDERED.**

Dated: January 14, 2008

                                      MAXINE M. CHESNEY
                                      United States District Judge