**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN O'HARTZ, | No. C-07-415 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG TERM DISABILITY PLAN, | |
| Defendant / | |

    The Court previously scheduled the above-titled action for a Case Management Conference to be held on April 18, 2008.

    Given the current status of the case, specifically the pendency of the parties' cross-motions for summary judgment, the April 18, 2008 Case Management Conference is hereby CONTINUED to June 20, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than June 13, 2008.

    **IT IS SO ORDERED.**

Dated: April 16, 2008

MAXINE M. CHESNEY
United States District Judge