IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN O'HARTZ,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG TERM DISABILITY PLAN,<br><br>             Defendant<br>_____/ | No. C-07-415 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    The Court is in receipt of the parties' Joint Case Management Statement, filed June 12, 2008.

    In light of the pending cross-motions for summary judgment, and no new issues having been raised in the Joint Statement, the Court finds no purpose would be served by conducting a status conference at this time.

    Accordingly, the Case Management Conference previously scheduled for June 20, 2008 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: June 17, 2008

                                                   MAXINE M. CHESNEY
                                                   United States District Judge