1  Thornton Davidson (SBN 166487)
   THE ERISA LAW GROUP
2  2055 San Joaquin Street
   Fresno, California 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9791
4  **thorntondavidson@aol.com**

5
   Attorney for Plaintiff
6  SUSAN O'HARTZ

7
   C. Mark Humbert (SBN 111093)
8  Joanne M. Ryan (SBN 199193)
   GREEN & HUMBERT
9  220 Montgomery Street, Suite 438
   San Francisco, California  94104
10 Telephone: (415) 837-5433
   Facsimile:  (415) 837-0127
11 **markh@lifehealthlaw.com**
   **joanner@lifehealthlaw.com**
12

13 Attorneys for Defendant
   CALIFORNIA STATE AUTOMOBILE
14 ASSOCIATION INTER-INSURANCE
   BUREAU LONG TERM DISABILITY PLAN
15

16

17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

20 SUSAN O'HARTZ,                              )   Case No. C 07-0415 MMC
21                                             )
              Plaintiff,                       )   **STIPULATION AND ~~[PROPOSED]~~**
22                                             )   **ORDER**
       vs.                                     )
23                                             )
   CALIFORNIA STATE AUTOMOBILE                 )
24 ASSOCIATION INTER-INSURANCE                 )
   BUREAU GROUP LONG TERM                      )
25 DISABILITY PLAN,                            )
                                               )
26            Defendant.                       )
                                               )
27 _____     )

28

Given that the United States Supreme Court has recently issued its opinion in *Metropolitan Life v. Glenn*, 06-923 (June 19, 2008), and that counsel for plaintiff wishes to brief its significance to the instant case, plaintiff and defendant, through their counsel of record, hereby stipulate that plaintiff may file a brief regarding *Glenn*, not to exceed five (5) pages, by July 9, 2008, and defendant may file a brief regarding *Glenn* of the same length, by July 17, 2008.  The parties respectfully request that the Court permit the filing of these briefs.

DATE: June 25, 2008                          THE ERISA LAW GROUP


By:  /s/ Thornton Davidson
     THORNTON DAVIDSON
     Attorney for Plaintiff
     SUSAN O'HARTZ


DATE: June 25, 2008                          GREEN & HUMBERT


By:  /s/ C. Mark Humbert
     C. MARK HUMBERT
     JOANNE M. RYAN
     Attorneys for Defendant
     CALIFORNIA STATE AUTOMOBILE
     ASSOCIATION INTER-INSURANCE
     BUREAU LONG TERM DISABILITY
     PLAN

## ORDER

**IT IS SO ORDERED.** Plaintiff may file a brief regarding the significance of *Glenn*, *supra*, to this matter, by July 9, 2008, and defendant may likewise file such a brief, by July 17, 2008. Neither brief is to exceed five (5) pages.

Dated: ____June 27_____, 2008     _____
                                     Maxine M. Chesney
                                     United States District Judge