```
Thornton Davidson (SBN 166487)
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9791

Attorneys for Plaintiff
SUSAN O'HARTZ

C. Mark Humbert (SBN 111093)
Horace W. Green (SBN 115699)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California  94104
Telephone:  (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
CALIFORNIA STATE AUTOMOBILE
ASSOCIATION INTER-INSURANCE
BUREAU GROUP LONG TERM
DISABILITY PLAN
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN O'HARTZ, | Case No. C07-00415 MMC |
| Plaintiff, | **STIPULATION RE ATTORNEYS FEES AND COSTS AND PREJUDGMENT INTEREST;** [PROPOSED] **ORDER THEREON** |
| vs. | |
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION INTER-INSURANCE BUREAU GROUP LONG-TERM DISABILITY PLAN, | |
| Defendant. | |

### STIPULATION

In light of the Judgment entered by this Court on September 11, 2008, counsel for plaintiff has submitted its fee and cost bill to counsel for defendant, which, after minor adjustments, defendant has approved in the total amount of $25,000.00.  Said amount will be paid directly to counsel for plaintiff.  The parties have also agreed on the interest rate to

be paid to plaintiff on the short term disability payments ordered by the Court pursuant to the terms of the defendant Plan, and, without admitting liability therefor, the Plan will pay to plaintiff interest on the calculated short term disability payment at an annual rate of ten percent (10%). Plaintiff will therefore not need to file her motions for attorneys fees and costs and prejudgment interest, by the deadline set forth in the Court's Judgment and under Local Rule 54-6 or at all.

DATE: September 23, 2008          THORNTON DAVIDSON & ASSOCIATES

By: /s/ Thornton Davidson
    THORNTON DAVIDSON

    Attorneys for Plaintiff
    SUSAN O'HARTZ

DATE: September 23, 2008          GREEN & HUMBERT

By: /s/ C. Mark Humbert
    C. MARK HUMBERT

    Attorneys for Defendant
    CALIFORNIA STATE AUTOMOBILE
    ASSOCIATION INTER-INSURANCE
    BUREAU GROUP LONG-TERM
    DISABILITY PLAN

### [PROPOSED] ORDER

**IT IS SO ORDERED.** ~~Because plaintiff and defendant have resolved by stipulation the attorneys fee and cost and prejudgment interest issues, plaintiff will not need to file her motions for fees and costs and for prejudgment interest.~~ In light of the Court's ruling, plaintiff need not file a motion for fees, costs, or prejudgment interest.

Dated: September 25, 2008          /s/ Maxine M. Chesney
                                   MAXINE M. CHESNEY
                                   United States District Judge